# IN THE UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF ILLINOIS (CHICAGO)

| | |
|---|---|
| DANNY K., <br><br>           Plaintiff, <br><br> v. <br><br> EXPERIAN INFORMATION SOLUTIONS, INC., <br><br>           Defendant. | SUBPOENA IN A CIVIL CASE <br> MIDDLE DISTRICT OF NORTH CAROLINA <br> CASE NO. 1:23-cv-00856-LCB-LPA |

**NON-PARTY TRANS UNION LLC'S NOTICE OF MOTION TO QUASH SUBPOENAS**

PLEASE TAKE NOTICE that at such time as counsel may be heard, the undersigned counsel for non-party Trans Union, LLC ("Trans Union") shall move before the Court a Motion to Quash the Subpoenas from Non-Movant Danny K. seeking documents and deposition testimony from non-party Trans Union.

Date: September 24, 2024

Respectfully submitted,

*/s/ Marc F. Kirkland*
**MARC F. KIRKLAND** (96234)
mkirkland@qslwm.com
**QUILLING, SELANDER, LOWNDS, WINSLETT & MOSER, P.C.**
6900 N. Dallas Parkway, Suite 800
Plano, TX 75024
(214) 560-5454
(214) 871-2111 Fax
***Counsel for Non-Party Trans Union LLC***

7540132.1

1

## CERTIFICATE OF SERVICE

I hereby certify that on the 24th day of September 2024, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to the following:

Dawn M. McCraw
dmccraw@consumerattorneys.com
Consumer Attorneys
8245 N. 85th Way
Scottsdale, AZ 85258
(602) 807-1527
(718) 715-1750 Fax
***Counsel for Plaintiff***

April M. Johnson
amjohnson@jonesday.com
Jones Day – Cleveland
901 Lakeside Avenue
Cleveland, OH 44114
(216) 586-3939
(216) 579-0212 Fax
*and*
Caren D. Enloe
cenloe@smithdebnamlaw.com
Smith Debnam Narron Drake Saintsing & Myers, LLP
4601 Six Forks Rd., Suite 400
Raleigh, NC 27609
(919) 250-2000
(919) 250-2211 Fax
***Counsel for Experian Information Solutions, Inc.***

*/s/ Marc F. Kirkland*
**MARC F. KIRKLAND**

2

7540132.1